W. R. HAMPTON, Appellant, v. NORTH CAROLINA PULP COMPANY, Appellee.

Circuit Court of Appeals, Fourth Circuit.

Jan. 17, 1944.

J. C. B. Ehringhaus, of Raleigh, N. C. (Carl L. Bailey, of Plymouth, N. C., on the brief), for appellant.

Ralph M. Hoyt, of Milwaukee, Wis. (Zeb Vance Norman, of Plymouth, N. C., and Malcolm K. Whyte, of Milwaukee, Wis., on the brief), for appellee.

Before PARKER and SOPER, Circuit Judges, and WYCHE, District Judge.

PER CURIAM.

Since the decision of this case in the District Court, 49 F.Supp. 625, the Supreme Court of North Carolina has decided the controlling principles of law involved contrary to the District Court's decision. Hampton v. North Carolina Pulp Co. 223 N.C. 535, 27 S.E.2d 538, 539. As the case is controlled by the law of North Carolina, the decree appealed from dismissing the action will be reversed.

Reversed.

In the Matter of RIVER EDGE ESTATES, Inc., Bankrupt.

Arthur G. VESCELIUS, Trustee In Bankruptcy, Appellant, v. Abraham A. WEDEEN, Assignee for the Benefit of Creditors of Jamaica Concrete Corporation, Appellee.

No. 8358.

Circuit Court of Appeals, Third Circuit.

Argued Dec. 7, 1943.

Decided Dec. 13, 1943.

William N. Gurtman, of Passaic, N. J., for appellant.

Milton H. Goldberger, of Newark, N. J. (Gross & Blumberg and Joel Gross, all of Newark, N. J., on the brief), for appellee.

Before JONES, GOODRICH, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

The order appealed from, 53 F.Supp. 286, is affirmed on the opinion of Judge Smith for the District Court.